**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-7587**

_____

DAVID STEVENS,

             Plaintiff - Appellant,

       v.

ERNEST WILSON; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
RIDGEVILLE POLICE DEPARTMENT,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief
District Judge.  (0:07-cv-03590-JFA)

_____

Submitted:  May 28, 2009            Decided:  June 3, 2009

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Stevens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Stevens appeals the district court's order accepting the recommendations of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stevens v. Wilson, No. 0:07-cv-03590-JFA (D.S.C. filed July 29, 2008 & entered July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED